IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

WILLIAM F. WHITLOW                                          Case No. 08-72587-SCS
BRENDA W. WHITLOW,                                          Chapter 7

       Debtors.

**REPORT OF DEPOSIT OF SMALL DIVIDENDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| FIA Card Services, NA/Bank of America<br>By American InfoSource LP as its Agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | $1.24 |
| Recovery Management Systems Corporation<br>For GE Money Bank, dba Sam's Club<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  33131 | $3.40 |
| **TOTAL** | **$4.64** |

Dated: February 23, 2010          /s/ Charles L. Marcus
                                                Charles L. Marcus, Trustee
                                                VSB #7020
                                                580 East Main Street, Suite 300
                                                Chesapeake, VA  23320
                                                (757) 622-9005

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on February 23, 2010 to:  Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

      /s/ Charles L. Marcus
      Charles L. Marcus, Trustee